Linda Claxton CA Bar No. 125729
linda.claxton@ogletreedeakins.com
Andrew L. Alexis CA Bar No. 177692
drew.alexis@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:  213.239.9800
Facsimile:   213.239.9045

Attorneys for Defendants
SPHERION CORPORATION AND TECHNISOURCE, INC.

**JS-6**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER HUGGINS, AN INDIVIDUAL<br><br>Plaintiff,<br><br>v.<br><br>SPHERION CORPORATION, SPHERION ASSESSMENT, INC., TSRC OF FLORIDA, INC., CORPORATE CREATIONS NETWORK, INC., TECHNISOURCE, INC., TAMMY HAWKINS, AN INDIVIDUAL, AND DOES 1-50, INCLUSIVE<br><br>Defendant. | Case No. SACV10-0072-JST(MLGx)<br><br>**ORDER TO DISMISS WITH PREJUDICE**<br><br>Complaint Filed:  December 11, 2009 |

0929 Proposed order to dismiss.doc

1  Based upon the Stipulation between the parties and their respective counsel,
2  it is hereby ORDERED that this action is hereby dismissed with prejudice pursuant
3  to FRCP 41(a)(1)(A)(ii).
4      IT IS SO ORDERED.
5
6  DATED: September 29, 2010          By: **JOSEPHINE STATON TUCKER**
7                                         U.S. District Court Judge

0929 Proposed order to dismiss.doc

Case No. SACV10-0072 CJC MLGx
PROPOSED ORDER TO DISMISS WITH PREJUDICE